# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L., et al.,<br>*Plaintiff*<br>v.<br>KINGDOM OF SPAIN,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 18 - 1753 (LLA) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/30/2025 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 08/17/2026

*ANGELA D. CAESAR, CLERK OF COURT*

Nijel N Eugene Digitally signed by Nijel N Eugene Date: 2026.08.17 10:41:41 -04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>*Respondent*. | Civil Action No. 18 - 1753 (LLA) |

**ORDER**

For the reasons stated in the court's memorandum opinion issued on August 12, 2025, ECF No. 115, it is hereby **ORDERED** that the arbitral award issued on June 15, 2018 in ICSID Case No. ARB/13/31 is **ENFORCED** in the same manner as if it were a final judgment of a court of general jurisdiction in one of the several states. It is further

**ORDERED** that judgment is entered in favor of Petitioners in the amount of $156,630,250.85 as of the date of this judgment, plus post-judgment interest at the rate specified in 28 U.S.C. § 1961, from the date of this judgment until the judgment is satisfied.[1]

---

[1] The parties dispute the rate at which post-judgment interest must accrue. Petitioners argue that the rate specified in 28 U.S.C. § 1961, governs, ECF No. 116, at 3-8, while Spain argues that the rate set forth in the ICSID award must apply, *id.* at 8-13. Section 1961(a) provides that post-judgment "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court." Courts in this district have generally applied Section 1961(a) to judgments enforcing ICSID awards. *See, e.g.*, Judgment at 2 n.1, *Blasket Renewable Invs., LLC v. Kingdom of Spain*, No. 23-CV-2701 (D.D.C. Nov. 15, 2024), ECF No. 28; *Archirodon Constr. (Overseas) Co. v. Gen. Co. for Ports of Iraq*, No. 22-CV-1571, 2024 WL 341066, at *7 (D.D.C. Jan. 30, 2024); *Perenco Ecuador Ltd. v. Republic of Ecuador*, No. 19-CV-2943, 2023 WL 2536368, at *7-8 (D.D.C. Mar. 16, 2023); *Tenaris, S.A. v. Bolivarian Republic of Venezuela*,

(*continued on next page*)

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date: September 30, 2025

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a Document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia. ANGELA D. CAESAR, CLERK

By: Nijel N Eugene Digitally signed by Nijel N Eugene Date: 2026.08.17 10:43:42 -04'00'
Deputy Clerk

No. 18-CV-1373, 2021 WL 1177996, at *2-3 (D.D.C. Mar. 29, 2021); *Miminco, LLC v. Democratic Republic of the Congo*, 79 F. Supp. 3d 213, 218, 220 (D.D.C. 2015). When a court confirms an arbitral award, "the award merges into the judgment," and judgments enforcing arbitral awards are money judgments subject to Section 1961. *Tenaris, S.A.*, 2021 WL 1177996, at *2 (quoting *Bayer CropScience AG v. Dow Agrosciences LLC*, 680 F. App'x 985, 1000 (Fed. Cir. 2017)). Spain argues that, by agreeing to arbitrate under the ICSID Convention, the parties agreed to apply the post-award interest rate set in the ICSID award. ECF No. 116, at 12. However, the Section 1961 rate is "mandatory, unless the parties agree to a different rate by clear, unambiguous, and unequivocal language or the arbitral award itself explicitly state[s] the interest rate to be applied post-judgment." *Archirodon Constr. (Overseas) Co.*, 2024 WL 341066, at *7 (alteration in original) (internal quotation marks omitted). As neither exception applies here, the court will award Petitioners post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).